Byron POLLARD, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 83456.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 21, 2004.

Gwenda R. Robinson, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen. and Karen L. Kramer, Jefferson City, MO, for respondent.

Before MARY R. RUSSELL, P.J., WILLIAM H. CRANDALL JR., J., and CLIFFORD H. AHRENS, J.

*ORDER*

PER CURIAM.

Byron Pollard ("movant") appeals the judgment of the motion court denying his motion for post-conviction relief pursuant to Missouri Supreme Court Rule 29.15 on the merits after an evidentiary hearing. In his motion, movant claims that he was denied effective assistance of counsel because counsel caused movant to involuntarily, unknowingly and unintelligently waive his right to a jury trial.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the motion court is affirmed in accordance with Rule 84.16(b).